458 A.2d 939

**AMERICAN BANKERS INSURANCE COMPANY OF FLORIDA, Appellant,**

v.

**COMMONWEALTH of Pennsylvania, DEPARTMENT OF INSURANCE.**

Supreme Court of Pennsylvania.

Argued April 18, 1983.

Decided April 27, 1983.

William R. Balaban, Patricia A. Carey, Harrisburg, for appellant.

Albert J. Strohecker, III, Hannah Leavitt, Asst. Attys. Gen., for appellee.

Before ROBERTS, C.J., and NIX, LARSEN, FLAHERTY, McDERMOTT, HUTCHINSON and ZAPPALA, JJ.

ORDER

PER CURIAM:

Order affirmed.

LARSEN and McDERMOTT, JJ., dissent.